# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.* <br> *Debtors* | CASE NO. 21-61491-TNAP <br> (JOINTLY ADMINISTERED) <br> CHAPTER 11 <br> SUBCHAPTER V <br> JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE <br> *Plaintiff* <br> V. <br> KYLE SLUTZ <br> *Defendant* | ADVERSARY NO. 23-06031 <br><br> ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, Frederic P. Schwieg, Attorney at Law hereby enter his appearance as counsel for Plaintiff Frederic P. Schwieg Subchapter V Trustee and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address, facsimile number and telephone number or email address.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission or otherwise filed with regard to the above-referenced bankruptcy proceeding.

This Notice of Appearance and Request for Service of Papers is without prejudice to Plaintiff's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed

or construed to be a waiver of Plaintiff's rights (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to ' mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Plaintiff is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Plaintiff expressly reserves.

Respectfully Submitted,
/s/ Frederic P. Schwieg
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice Of Appearance And Request For Service Of Papers was served on January 10, 2024 upon the following via the Court's ECF/CM system or by U.S. mail, postage prepaid as indicated below.

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com

/s/ Frederic P. Schwieg
Frederic P. Schwieg