# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, et al. | CASE NO. 21-61491-TNAP |
| | (JOINTLY ADMINISTERED) |
| | CHAPTER 11 |
| DEBTORS | SUBCHAPTER V |
| | JUDGE PATTON |
| FREDERIC P. SCHWEIG, TRUSTEE | |
| PLAINTIFF, | |
| | ADVERSARY NO. 23-06031-tnap |
| v. | |
| KYLE SLUTZ | DEFENDANT KYLE SLUTZ'S STATEMENTS OF CONSENT REGARDING ACTIONS BY BANKRUPTCY COURT |
| DEFENDANT. | |

Defendant hereby submits this statement as required by the Court's January 27, 2024 judgment entry. Pursuant to Bankruptcy Rule 7012(b), Defendant consents to entry of final orders and/or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders of judgments consistent with Article III of the constitution. In addition, pursuant to Bankruptcy Rule 9105(b), Defendant consents to a jury trial by a Bankruptcy Judge under 28 U.S.C. § 157(e).

*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4684 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email: jcooper@milliganpusateri.com

Counsel for Defendant

## PROOF OF SERVICE

This is to certify that on January 29, 2024, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel for Plaintiff listed below. Parties may access this filing through the Court's system. Served via the Court's ECF system to the parties listed below, who are on the ECF mailing list for this matter.

Frederic P. Schwieg  
Attorney at Law  
19885 Detroit Road #239  
Rocky River, OH 44116  
(440) 499-4506  
Fax : (440) 398-0490  
Email: fschwieg@schwieglaw.com

                                               */s/ Jack B. Cooper*  
                                               Jack B. Cooper (#0069321)