IT IS SO ORDERED.

Dated:  April 19, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**Squirrels Research Labs LLC, et al.**,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-61491 (TNAP)<br><br>Judge Tiiara N.A. Patton |
| **Frederic P. Schwieg, Trustee,**<br><br>Plaintiff,<br><br>v.<br><br>**Kyle Slutz,**<br><br>Defendant. | Adv. Pro. No. 23-06031 (TNAP) |

# ORDER DIRECTING TRUSTEE FREDERIC P. SCHWIEG TO CURE CERTAIN FILING DEFICIENCIES BY FRIDAY MAY 3, 2024

On March 22, 2024, Frederic P. Schwieg, Trustee ("Plaintiff") filed the *Motion of Plaintiff to Extend Time to Obtain Service of Process on Defendant* (ECF Docket No. 17) (the "Motion"); on March 25, 2024, the Court entered the *Notices of Filing Deficiencies* (ECF Docket Nos. 20 and 21) (the "Notices") based on Plaintiff's failure to (i) notice the Motion for hearing pursuant to *Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters)*[1], (ii) correct the certificate of service for the Motion, and (iii) correct the Motion's case caption; as of the date of this Order, Plaintiff has failed to cure the filing deficiencies outlined in the Notices; accordingly, the Motion is not scheduled for a hearing before this Court; therefore,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff, Frederic P. Schwieg, shall cure the filing deficiencies outlined in the Notices (ECF Docket Nos. 20 and 21) by **Friday May 3, 2024**.

2. If Plaintiff does not cure the filing deficiencies, the relief in the Motion may be denied.

# # #

---

[1] Judge Patton's Self-Calendaring Hearing Dates for Canton Chapter 11 and 12 Matters are available on the Court's website at https://www.ohnb.uscourts.gov/content/judge-tiiara-na-patton.