# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, ET AL. <br><br> *Debtors* | CASE NO. 21-61491-TNAP <br> (JOINTLY ADMINISTERED) <br> CHAPTER 11 <br> SUBCHAPTER V <br> JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE <br> *Plaintiff* <br> V. <br> KYLE SLUTZ <br> *Defendant* | ADVERSARY NO. 23-06031 <br><br> ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

### AMENDED MOTION OF PLAINTIFF TO EXTEND TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANT

Plaintiff moves the Court to Extend the time to obtain Service of Process on Kyle Slutz ("Defendant"). The summons in this proceeding was issued on November 27, 2023. The summons and complaint were served by certified US Mail and was returned to plaintiff as undelivered. Thereafter Defendant filed an answer to the complaint but raised the defense of insufficiency of process. Plaintiff has requested that Defendant waive the defense or permit Defendant's counsel to accept service but has not yet heard back. Therefore, the Plaintiff requests that the time to issue a new summons be extended for an additional 30 days to April 26, 2024.

Respectfully Submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to Extend Time was served on April 25, 2024 upon the following via the Court's ECF/CM system or by U.S. mail, postage prepaid as indicated below.

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com

/s/ Frederic P. Schwieg
Frederic P. Schwieg