# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.* <br> *Debtors* | CASE NO. 21-61491-TNAP <br> (JOINTLY ADMINISTERED) <br> CHAPTER 11 <br> SUBCHAPTER V <br> JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE <br> *Plaintiff* <br> V. <br> KYLE SLUTZ <br> *Defendant* | ADVERSARY NO. 23-06031 <br><br> ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

**PLAINTIFF'S FIRST INTERROGATORY TO DEFENDANT**

Pursuant to Fed. R. Civ. P. 26 and 33 made applicable to this proceeding by Fed. R. Bankr. P. 7026, and 7033 Plaintiff hereby directs the following Interrogatories to Kyle Slutz ("Defendant") to be answered in writing and under oath within thirty-days (30) days after service hereof.

INTERROGATORY NO. 1:  State an address where the Defendant resides or where process may be served on Defendant in this matter.
ANSWER:

Respectfully Submitted,
/s/ Frederic P. Schwieg
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Interrogatory was served on April 25, 2024 via the ECF system upon the following as indicated below.

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com attorney for Defendant

/s/ Frederic P. Schwieg
Frederic P. Schwieg