Northern District Of Ohio  
United States Bankruptcy Court  
Ralph Regula U.S. Courthouse  
401 McKinley Avenue SW  
Canton, OH 44702  
**Case No. 23−06031−tnap**

**In re:**

**Social Security No.:**

**NOTICE OF HEARING**

Rescheduled Time to 1:00 p.m.

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**  
May 21, 2024 at 1:00 p.m.  
Ralph Regula U.S. Courthouse

To consider and act upon the following matters:

| | |
|---|---|
| **Dated:** May 8, 2024 | For the Court |
| Form ohnb187 | Josiah C. Sell, Clerk |