United States Bankruptcy Court
Northern District of Ohio

Schwieg,
    Plaintiff

Slutz,
    Defendant

Adv. Proc. No. 23-06031-tnap

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: lbald | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdf804 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |
| dft | + Kyle Slutz, 1116 Nimisilia Rd, New Franklin, OH 44216-8900 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |

TOTAL: 2

IT IS SO ORDERED.

Dated: May 21, 2024



Tiiara N.A. Patton
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, *ET AL.*<br><br>*Debtors* | CASE NO. 21-61491-TNAP<br>(JOINTLY ADMINISTERED)<br>CHAPTER 11<br>SUBCHAPTER V<br>JUDGE PATTON |
| FREDERIC P. SCHWIEG, TRUSTEE<br>*Plaintiff*<br>V.<br>KYLE SLUTZ<br>*Defendant* | ADVERSARY NO. 23-06031<br><br>ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY **BOTH** ADVERSARY AND BANKRUPTCY CASE NUMBERS AND NAME OF JUDGE |

### ORDER GRANTING SECOND MOTION OF PLAINTIFF TO EXTEND TIME TO OBTAIN SERVICE OF PROCESS ON DEFENDANT [DOC. 27]

Plaintiff moves the Court to Extend the time to obtain service of process on Kyle Slutz ("Defendant") [Doc. 27] ("Motion"). No opposition to the Motion having been filed it is hereby GRANTED and the time to issue a new summons is hereby extended to June 25, 2024.

###

Prepared by,
/s/ Frederic P. Schwieg
_____
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
fschwieg@schwieglaw.com
Subchapter V Trustee

**ECF SERVICE**

Frederic P. Schwieg for Plaintiff fschwieg@schwieglaw.com

Jack B. Cooper on behalf of Defendant jcooper@milliganpusateri.com