Schwieg,
    Plaintiff

Slutz,
    Defendant

Adv. Proc. No. 23-06031-tnap

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: lbald     Page 1 of 1
Date Rcvd: Dec 06, 2024     Form ID: pdf804     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Frederic P Schwieg, Attorney at Law, 19885 Detroit Rd #239, Rocky River, OH 44116-1815 |
| dft | + Kyle Slutz, 1116 Nimisilia Rd, New Franklin, OH 44216-8900 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | on behalf of Plaintiff Frederic P Schwieg fschwieg@schwieglaw.com OH84@ecfcbis.com |
| Jack B. Cooper | on behalf of Defendant Kyle Slutz jcooper@milliganpusateri.com |

TOTAL: 2

IT IS SO ORDERED.

Dated:  December 6, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE SQUIRRELS RESEARCH LABS LLC, et al. | ) ) ) | CASE NO. 21-61491-TNAP (JOINTLY ADMINISTERED) CHAPTER 11 |
| DEBTORS | ) ) | SUBCHAPTER V JUDGE PATTON |
| ---------------------------------------------- | ) | ------------------------------------------------ |
| FREDERIC P. SCHWEIG, TRUSTEE | ) ) | ADVERSARY NO. 23-06031-tnap |
| PLAINTIFF, | ) ) | AGREED ENTRY GRANTING |
| v. | ) ) | DEFENDANT'S MOTION FOR EXTENSION OF SUMMARY |
| KYLE SLUTZ | ) ) | JUDGMENT DEADLINES |
| DEFENDANT. | ) ) | |

This matter came before the Court on Defendant's Motion for Extension of Summary Judgment Deadlines. The Court notes that Plaintiff has consented to the extension. As such, the motion is hereby granted. The new deadlines are as follows:

December 20, 2024    Motions for Summary Judgment

January 24, 2024    Responses to Motions for Summary Judgment.

APPROVED:

*/s/ Frederic P. Schwieg*
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd #239
Rocky River, Ohio 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Subchapter V Trustee


*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4686 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email:  jcooper@milliganpusateri.com
Counsel for Defendant

2