IT IS SO ORDERED.

Dated:  March 10, 2025



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Squirrels Research Labs LLC, <u>et al.</u>,**[1] | Case No. 21-61491 (TNAP) <br> (Jointly Administered) |
| Debtors. | Judge Tiiara N.A. Patton |
| **Frederic P. Schwieg, Trustee** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-06031 (TNAP) |
| **Kyle Slutz,** | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases are: Squirrels Research Labs LLC, case no. 21-61491 and The Midwest Data Company LLC, case no. 21-61492.

# ORDER REFERRING ADVERSARY PROCEEDING TO MEDIATION WITH THE HONORABLE ARTHUR I. HARRIS AND ADJOURNING THE PRETRIAL CONFERENCE

On March 4, 2025, the Court held the continued pretrial hearing (the "Pretrial Hearing") in the above-captioned matter. Frederic P. Schwieg, the plaintiff in this matter and the Subchapter V Trustee in the underlying chapter 11 case, and Jack Cooper, Esq., counsel for Kyle Slutz, the defendant in this matter (the "Defendant"), both appeared at the Pretrial Hearing. During the Pretrial Hearing, the parties agreed that mediation would be a meaningful alternative to litigation of the issues and may assist the parties in reaching a consensual resolution. The Honorable Arthur I. Harris, United States Bankruptcy Judge for the Northern District of Ohio, has agreed to mediate this matter. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. This adversary proceeding is hereby referred to mediation with the Honorable Arthur I. Harris to serve as judicial mediator.

2. Following the completion of the mediation process, the parties shall file with the Court a joint status report stating whether a resolution has been obtained and is a final settlement of the adversary proceeding, or whether there is a need for further proceedings.

3. Plaintiff Frederic P. Schwieg, Trustee, and counsel for Defendant, Jack B. Cooper, Esq., shall contact the Honorable Arthur I. Harris at (216) 615-4333 no later than **Monday, March 17, 2025,** to schedule a mediation conference and receive further instructions regarding the mediation process.

4. The pretrial conference scheduled on **Tuesday, May 13, 2025, at 11:30 a.m.** is adjourned to **Tuesday, July 22, 2025, at 11:30 a.m.**, and will be adjourned further if the parties are still mediating.

# # #